FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 04 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR 00127 JM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| CODY BURCH | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about January 28, 2021, the defendant,

CODY BURCH,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Robbery, in Faulkner County, Arkansas, Circuit Court in Case Number CR 2005-721;

2. Possession of a controlled substance, in Faulkner County, Arkansas, Circuit Court in Case Number CR 2007-0106;

3. Possession of a controlled substance, in Pope County, Arkansas, Circuit Court, in Case Number CR 2010-200;

4. Delivery of methamphetamine or cocaine, two counts, in Pope County, Arkansas, Circuit Court, in Case Number 2012-366;

5. Possession of a drug paraphernalia, in Sebastian County, Arkansas, Circuit Court in Case Number CR 2015-1145;

6. Possession of a controlled substance and possession of a firearm by certain persons, in Pope County, Arkansas, Circuit Court in Case Number 58CR-

1

17-552;

7. Use or possession of drug paraphernalia with a purpose and possession of a firearm by certain persons, in Faulkner County, Arkansas, Circuit Court in Case Number 2018-813;

8. Failure to Appear, in Pope County, Arkansas, Circuit Court, in Case Number 58CR-18-404; and

9. Possession of drug paraphernalia, in Faulkner County, Arkansas, Circuit Court in Case Number 2019-1492.

B. On or about January 28, 2021, in the Eastern District of Arkansas, the defendant,

CODY BURCH,

knowingly possessed, in and affecting commerce, a firearm, that is: a CANIK55, TP-9SFX, 9mm caliber pistol, bearing serial number T6472-20 BC 51881, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, CODY BURCH, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]